TOMTOM, INC., Plaintiff/Counterclaim Defendant–Appellee

Tomtom International B.V., Counterclaim Defendant

Tomtom North America, Inc., Third Party Defendant

v.

Michael ADOLPH, Defendant/Counterclaimant–Appellant

2016–1277

United States Court of Appeals, Federal Circuit.

November 3, 2016

BRIAN PANDYA, Wiley Rein, LLP, Washington, DC, argued for plaintiff/counterclaim defendant-appellee. Also represented by KEVIN PAUL ANDERSON, KARIN A. HESSLER, JAMES HAROLD WALLACE, JR., WESLEY EDENTON WEEKS.

ANTIGONE GABRIELLA PEYTON, Cloudigy Law PLLC, McLean, VA, argued for defendant/counterclaimant-appellant. Also represented by CLYDE E. FINDLEY; PETER JONATHAN TOREN, Washington, DC.

## JUDGMENT

Per Curiam (Moore, Wallach, and Hughes, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**

IN RE: AXCESS INTERNATIONAL, INC., Appellant

2016–1430

United States Court of Appeals, Federal Circuit.

November 3, 2016

MICHAEL J. MARCIN, Fay Kaplun & Marcin, LLP, New York, NY, argued for appellant.

PHILIP J. WARRICK, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, BENJAMIN T. HICKMAN.

## JUDGMENT

Per Curiam (O'Malley, Reyna, and Chen, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**